Form B 250B (12/09)

# United States Bankruptcy Court
## _____ District Of NEVADA

In re  ASSET RESOLUTION, LLC.             )   Case No. 09-32824-RCJ
       Debtor                                  )
                                                )   Chapter  7
TODD HANSEN, AS TDI REPRESENTATIVE        )
       Plaintiff                              )
                                                )
       v.                                      )   Adv. Proc. No.  13-01071-RCJ
                                                )
KENNETH E. SCHMIDT                        )
       Defendant                              )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

SUMMONS ISSUED TO:  KENNETH E. SCHMIDT

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:  Clerk, U.S. Bankruptcy Court
                                    300 Las Vegas Blvd. South
                                    Las Vegas, NV 89101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:  Francis B. Majorie
                                                          3514 Cedar Springs Rd.
                                                          Dallas, TX 75219

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
  NOTICE OF HEARING LOCATION: PARTIES MAY APPEAR AT EITHER LOCATION.
YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place: Video Conference Las Vegas: Lloyd D. George U.S. Courthouse, USDC Nevada 333 Las Vegas Blvd. south, Las Vegas, NV 89101     Room: TBD noticed at Elevators

| Address: | Room: Courtroom 6 |
|---|---|
| In Person Reno: Bruce R. Thompson Federal Bldg, USDC NV. 400 South Virginia St., Reno, NV 89501 | Date and Time: June 19, 2013 at 9:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                    Mary A Schott        (Clerk of the Bankruptcy Court)

Date: 4/26/13           By: /S/ Michelle Hess      (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, Aaron B. Gottlieb (name), certify that service of this summons and a copy of the complaint was made May 03, 2013 (date) by:

☐    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Kenneth E. Schmidt
5200 E. 64th St.
Indianapolis, IN 46220

☐    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 05/20/2013    Signature /s/ Aaron Gottlieb

Print Name: Aaron B. Gottlieb

Business Address: 3514 Cedar Springs Rd
Dallas, TX 75219