1

2

3

4

**Entered on Docket**
**August 22, 2013**

6

7

8

9

10

11

SEAN P. FLANAGAN, ESQ.
Nevada Bar No. 5304
FLANAGAN, LTD.
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV 89128
(702) 562-4111
(702) 562-4117 (fax)

Attorney for Defendant

12

13

14

### UNITEDS STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| In Re: ASSET RESOLUTION, LLC | ) Case No.: 13-01071-rcj |
| ———————————————— | ) |
| | ) BK-S-09-32824-RCJ (Lead Case) |
| TODD HANSEN, as TDI Representative under the Order entered September 20, 2012, | ) **STIPULATION DISCOVERY PLAN** ) **AND              ORDER** |
| Plaintiffs, | ) |
| vs. | ) |
| KENNETH E. SCHMIDT, | ) |
| Defendant. | ) |

## STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1, counsel for Plaintiff TODD HANSEN ("HANSEN"), as TDI Representative, and counsel for Defendant, KENNETH E. SCHMIDT ("SCHMIDT"), hereby submit this Stipulated Discovery Plan and Scheduling Order.

### I.    RULE 26(F) CONFERENCE OF THE PARTIES

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1, counsel for Hansen and Schmidt have conferred on a number of items: (i) the issues in the case; (ii) the possibility for a prompt settlement or resolution of the case; (iii) arranging for the disclosures required by Rule 26(a)(1); (iv) a proposed discovery plan; and (v) dates for trial.

### II.    PROPOSED SCHEDULE

The parties request that the Court adopt the following schedule:

| EVENT | DATE |
|---|---|
| Initial Disclosures | September 15, 2013 |
| Plaintiff's FRCP 26 Expert Disclosures | October 1, 2013 |
| Defendant's Expert Disclosures | October 15, 2013 |
| Completion of Discovery | January 15, 2014 |
| Deadline for filing Dispositive Motions | March 3, 2014 |
| Final Witness and Exhibit List | 30 Days Prior To Trial |
| Final Pre-Trial Conference | April 15, 2014  at 9:00 in Reno Courtroom 6 |
| Proposed Findings of Fact Conclusions of Law | One week prior to trial |
| Proposed Trial Dates | May 5, 2014, |
| Time estimated for trial | One full day |

DATED this 31st day of July, 2013

Respectfully submitted,

By:___/s/____FRANCIS B. MAJORIE_____
FRANCIS B. MAJORIE, ESQ.
*Admitted Pro Hac Vice* (Per BK Dkt. 1915, 153)
3514 Cedar Springs Road
Dallas, TX 75219
Tel: (214) 522-7400
Fax: (214) 522-7911
Counsel for Plaintiff

By:__/s/  Sean Flanagan_____
SEAN P. FLANAGAN, ESQ.
Nevada Bar Number 5304
FLANAGAN, LTD.
7251 West Lake Mead Blvd., Ste. 300
Las Vegas, NV 89128
Tel: (702) 562-4111
Fax: (702) 562-4117
Counsel for Defendant

## ORDER

### IT IS SO ORDERED:

Honorable Robert C. Jones

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2013, I forwarded a true and correct copy of the foregoing **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** by filing and serving the same by via the Court's CM/ECF filing system.


_____/s/_SeanFlanagan_____
      Sean P. Flanagan, Esq.