UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA
COURTROOM NUMBER 6

MINUTES OF PROCEEDING

September 30, 2013

PRESENT:
THE HONORABLE ROBERT C. JONES, CHIEF U.S. DISTRICT JUDGE

DEPUTY CLERK:  LESA ETTINGER    COURT REPORTER: MARGARET GRIENER

In re
ASSET RESOLUTION, LLC,                CASE NO. BK-S-09-32824-RCJ (Lead Case)
Debtor.

---

TODD HANSEN, as TDI Representative
under the Order entered September 20, 2012;
Plaintiff,                            **ORAL ARGUMENT**
v.                                    RE: [14] Motion for Summary Judgment
KENNETH E. SCHMIDT
Defendant                             ADV. CASE NO.     13-1071


Court convenes at 8:47 a.m.   Appearance of counsel are noted on the record.  The parties present their respective positions concerning the motion at issue.  Plaintiff's [14] Motion for Summary Judgment is **granted within the scope stated on the record**.  Mr. Majorie is directed to prepare and submit a proposed order in accordance with the Court's ruling.  The proceedings adjourn at 9:05 a.m.


                            LANCE S. WILSON, CLERK
                            By:
                                        /s/
                            Deputy Clerk